WR-78,113-01
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 3/20/2015 6:36:49 AM
Accepted 3/20/2015 8:24:58 AM
ABEL ACOSTA
CLERK

## IN THE COURT OF CRIMINAL APPEALS OF TEXAS

| | | |
|---|---|---|
| **EX PARTE** | § | **TEXAS COURT OF CRIMINAL APPEALS** |
| | § | **NO. WR 78,113-01** |
| **HUMBERTO GARZA,** | § | |
| | § | **IN THE 370th JUDICIAL DISTRICT** |
| **APPLICANT** | § | **COURT OF HIDALGO COUNTY, TEXAS** |
| | § | **NO. CR-3175-04-G(1)** |

RECEIVED
COURT OF CRIMINAL APPEALS
3/20/2015
ABEL ACOSTA, CLERK

### ADVISORY TO THE COURT OF FILING OF OBJECTIONS TO THE CONVICTING COURT'S FINDINGS OF FACT AND CONCLUSIONS OF LAW.

TO THE HONORABLE JUDGES OF THE TEXAS COURT OF CRIMINAL APPEALS:

Comes now Applicant, HUMBERTO GARZA, by and through undersigned counsel, and advises this Honorable Court that the Convicting Court, the 370th District Court of Hidalgo County, on February 12, 2015, entered an Order containing Findings of Fact and Conclusions of Law and a recommendation denying habeas corpus relief.

Applicant has now prepared and is filing in the Convicting Court his "Objections To, and Motion for Withdrawal Of, the Convicting Court's Findings of Fact and Conclusions of Law and Recommendation of Denial of Relief," a copy of which is attached to this Advisory. Applicant respectfully requests that this Court consider these objections and his motion to the convicting court to withdraw its Order of February 12, 2015, to recuse itself and request the assignment of a different judge to preside over renewed proceedings or, in the alternative, to enter revised Findings

-1-

of Fact and Conclusions of Law and recommend relief, in the event that the Convicting Court does not take the actions requested.

Respectfully submitted,

HILARY SHEARD
Texas Bar # 50511187
7301 Burnet Road, # 102-328
Austin, TX 78757
Phone/Fax: (512) 524 1371
HilarySheard@Hotmail.com

*Counsel for Humberto Garza, Applicant*

-2-

## CERTIFICATE OF SERVICE

I certify that on March 19, 2015, a copy of the foregoing pleading was served electronically via www.efileTexas.gov on:

Theodore C. Hake, Esq.
Assistant Criminal District Attorney
Hidalgo County Courthouse
100 N. Closner, Room 303
Edinburg, Texas 78539.
Ted.Hake@da.co.hidalgo.tx.us

Michael W. Morris, Esq.
Assistant Criminal District Attorney
Office of the District Attorney
Hidalgo County Courthouse
100 N. Closner
Edinburg, TX 78539
Michael.Morris@da.co.hidalgo.tx.us

_____
Hilary Sheard.

-3-